UNITED STATES of America,
Plaintiff–Appellee,

v.

Kejuan Chaviz MOORE, Defendant–
Appellant.

No. 15-50491

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2016 *

Filed August 17, 2016

Jean–Claude Andre, Assistant U.S. Attorney, Julius J. Nam, Assistant U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee

Kejuan Chaviz Moore, Pro Se

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Kejuan Chaviz Moore appeals from the revocation of supervised release and 11-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moore's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moore the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

